632

473 A.2d 691

Commonwealth v. Gardner, Appellant.

Sub-mitted September 21, 1983.  Michael R. Muth, Public Defender, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Judgment of sentence is affirmed.

473 A.2d 691

Commonwealth v. Goldberg, Appellant.

Argued November 16, 1983.  David Kanner, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.